UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

JUAN GABRIEL USUGA-NORENA, and    :  INDICTMENT
MARGARITA CARMONA-RUBIO,
                                              05 Cr.
        Defendants,        05CRIM. 135

- - - - - - - - - - - - - - - - - - - x

JUDGE CASTEL

COUNT ONE

The Grand Jury charges:

1.    From in or about January 2000 up to and including in or about December 2003, in the Southern District of New York and elsewhere, JUAN GABRIEL USUGA-NORENA and MARGARITA CARMONIA-RUBIO, the defendants, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate and agree together and with each other to commit offenses against the United States, to wit, a violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.    It was a part and an object of the conspiracy that JUAN GABRIEL USUGA-NORENA and MARGARITA CARMONA-RUBIO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and

the control of the proceeds of specified unlawful activity, unlawfully, willfully and knowingly, conducted and attempted to conduct such financial transaction which in fact involved the proceeds of a specified unlawful activity, to wit, the distribution of narcotics in violation of Title 21, United States Code, Section 841 et seq., in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts were committed in the Southern District of New York:

a.  On or about July 22, 2002, a co-conspirator not named as a defendant herein instructed an undercover law enforcement official to transfer $30,000 of narcotics proceeds from a Chase Manhattan bank account in New York, New York, held by law enforcement in an undercover capacity (the "Undercover Bank Account") to a bank account held by JUAN GABRIEL USUGA-NORENA and MARGARITA CARMONA-RUBIO, the defendants, with the account number 10950505-07 at Union Planters Bank in Hialeah, Florida.

b.  On or about July 22, 2002, an co-conspirator not named as a defendant herein instructed an undercover law enforcement official to transfer $30,000 from the Undercover Bank Account to a bank account held by MARGARITA CARMONA-RUBIO, the defendant, with the account

2

number 0678003073789 at Suntrust Bank in Weston, Florida.

(Title 18, United States Code, Section 1956(h)).

FOREPERSON                    2/3/05

DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN GABRIEL USUGA-NORENA
and MARGARITA CARMONA-RUBIO,

Defendants.

## INDICTMENT

05 Cr.

(Title 18, United States Code, Sections 1956.)

DAVID N. KELLEY
United States Attorney.

*[signature] 2/3/05*